UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAWN MARIE STOKES, | Civil No. 09-1264-PK |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

HAGGERTY, District Judge:

  Magistrate Judge Papak has issued a Findings and Recommendation [21] in this action. The Magistrate Judge recommends reversing the Commissioner's decision denying plaintiff's application for supplemental security income, and remanding for the calculation and award of benefits. No objections were filed, and the case was referred to this court.

  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that

1 -- ORDER

there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.  *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  Accordingly, this court adopts the Findings and Recommendation, and this case is remanded for an award of benefits.

## **CONCLUSION**

The Findings and Recommendation [21] is adopted and the Commissioner's decision is reversed and remanded for an award of benefits.

IT IS SO ORDERED.

DATED this   24    day of January, 2011.


    /s/ Ancer L. Haggerty    
Ancer L. Haggerty
United States District Judge

2 -- ORDER